# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 158 MM 2019
:
Respondent :
:
:
:
v. :
:
:
ANDREW E. GINES, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2020, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.